FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2012 JUL 12 AM 9: 17

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL JOSEPH LUMPKIN

CASE NO. 6:12-cr-159-OAL-22-KRS
26 U.S.C. § 5861(d)
49 U.S.C. § 80303 - Forfeiture
26 U.S.C. § 5872 - Forfeiture
28 U.S.C. § 2461(c) - Forfeiture

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

On or about August 23, 2011, in Brevard County, Florida, in the Middle District of Florida,

**MICHAEL JOSEPH LUMPKIN**

the defendant herein, did knowingly possess a firearm, that is: a silencer, as defined by Title 18, United States Code, Section 921, which was not registered to the defendant in the National Firearms Registration and Transfer Record as required by Title 26, United States Code, Section 5841.

All in violation of Title 26, United States Code, Sections 5861(d) and 5871.

### FORFEITURE

1. The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 26, United States Code, Section 5872, Title 28, United States Code, Section 2461(c), and Title 49, United States Code, Section 80303.

2. The defendant, **MICHAEL JOSEPH LUMPKIN,** shall forfeit to the United States of America, pursuant to Title 26, United States Code, Section 5872, any and all right, title, and interest he has in any firearm involved in any violation of the provisions of this chapter and pursuant to Title 49, United States Code, Section 80303 and Title 28, United States Code, Section 2461(c) any aircraft, vehicle and vessel involved in a violation of Title 49, United States Code, Section 80302, including but not limited to a Mossberg .22 caliber rifle and silencer.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under

the provisions of Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
Vincent S. Chiu
Assistant United States Attorney

By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT

Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL JOSEPH LUMPKIN

## INDICTMENT

Violations:

26 U.S.C. § 5861(d)

A true bill,

_____
Foreperson

Filed in open court this 11th day

of July, 2012.

_____
Clerk

Bail $ _____

GPO 863 525