UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 6:12-cr-159-Orl-22KRS

MICHAEL JOSEPH LUMPKIN

### REQUEST FOR LEAVE TO DISMISS INDICTMENT

Pursuant to Fed. R. Crim. P. 48(a), Robert E. O'Neill, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the Indictment pending against Defendant Michael Joseph Lumpkin, in the above-captioned case, without prejudice.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the Indictment against Defendant Michael Joseph Lumpkin in the above-captioned case, without prejudice, and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   s/ Vincent S. Chiu
      Vincent S. Chiu
      Assistant United States Attorney
      Florida Bar No. 0084936
      501 West Church Street, Suite 300
      Orlando, Florida 32805
      Telephone:   (407) 648-7500
      Facsimile:   (407) 648-7643
      E-mail:   vincent.chiu@usdoj.gov

U.S. v. Michael LumpkinCase No. 6:12-cr-159-Orl-22KRS

## CERTIFICATE OF SERVICE

I hereby certify that on January 24, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:.

Adam S. Tanenbaum

*s/ Vincent S. Chiu*
Vincent S. Chiu
Assistant United States Attorney
Florida Bar No. 0084936
501 West Church Street, Suite 300
Orlando, Florida  32805
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:   vincent.chiu@usdoj.gov